# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00570-CV

**In re Academy of Careers and Technologies, Inc. d/b/a
Academy of Careers and Technologies Charter School, Relator**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

On September 8, 2015, relator filed a petition for writ of injunction and a motion for temporary relief. This Court grants the motion for temporary relief and hereby orders that the trial court's temporary injunction signed on September 3, 2015, remains in effect until further order of this Court. The real parties in interest are ordered to submit a response to the petition for writ of injunction by September 14, 2015.

It is so ordered September 8, 2015.

Before Chief Justice Rose, Justices Pemberton and Field